

# IOWA DISTRICT COURT FOR ____DES MOINES____ COUNTY

SHERYL DENNIS CLARK, A/K/A
SHERYL D. DENNIS_____,
Plaintiff(s)

CASE NO. LALA 004677_____

VS.
ASR INTERNATIONAL CORPORATION D/B/A ASR
MANAGEMENT & TECHNICAL SERVICES, AND
CONTRACT SUPPORT SERVICES INC., A/K/A CSSI___,
Defendant(s)

**ORIGINAL NOTICE**

TO THE ABOVE-NAMED DEFENDANT(S):

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant(s) in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The name(s) and address(es) of the attorney(s) for the plaintiff(s) (is) ~~(are)~~ See Addendum 1 .

The attorney's~~(s')~~ phone number~~(s)~~ (is) ~~(are)~~ ____563-355-6060____ facsimile number~~(s)~~ 563-355-6666_____ .

You are further notified that the above case has been filed in a county that utilizes electronic filing. Unless, within 20 days after service of this original notice upon you, you serve, and within a reasonable time thereafter file a motion or answer, in the Iowa District Court for ___Des Moines___ County, at the courthouse in _____Burlington_____, Iowa, judgment by default will be rendered against you for the relief demanded in the petition. Please see Iowa Court Rules Chapter 16 for information on electronic filing and Iowa Court Rules Chapter 16, division VI regarding the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at _____(641) 684-6502_____ . (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942)

**IMPORTANT: YOU ARE ADVISED TO SEEK LEGAL ADVICE TO PROTECT YOUR INTERESTS.**

© The Iowa State Bar Association 2016
IowaDocs®

Form No. 301, Original Notice for Personal Service
Revised January 2016

**EXHIBIT A**

# Addendum

Addendum 1

Dorothy A. O'Brien, Attorney and Counselor at Law, PLC; 2322 E Kimberly Road, Ste 100E; Davenport, IA 52807

**EXHIBIT A**

## STATE OF IOWA JUDICIARY

Case No. LALA004677
County Des Moines

Case Title SHERYL D. CLARK V. ASR INTERNATIONAL CORP, ET AL.

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile



Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(641) 684-6502**. (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued 07/26/2016 02:38:24 PM



District Clerk of Des Moines       County
/s/ Carrie Welcher

## EXHIBIT A