IN THE IOWA DISTRICT COURT
DES MOINES COUNTY

| | |
|---|---|
| SHERYL DENNIS CLARK, a/k/a SHERYL D. DENNIS,<br><br>Plaintiff,<br><br>v.<br><br>ASR INTERNATIONAL CORPORATION d/b/a ASR MANAGEMENT & TECHNICAL SERVICES and CONTRACT SUPPORT SERVICES INC., a/k/a CSSI,<br><br>Defendant. | Case No.: LALA004677<br><br>PETITION AND JURY DEMAND |

COMES NOW Plaintiff Sheryl Dennis Clark through her attorney, Dorothy A. O'Brien, Attorney and Counselor at Law, P.L.C., and for her Petition and Jury Demand states as follows:

1. Sheryl Dennis Clark ("Ms. Clark") was employed with defendants ASR International Corporation d/b/a ASR Management Technical Services ("ASR") and Contract Support Services Inc. ("CSSI") from 2004 until September 26, 2014.

2. Ms. Clark worked as surveillance driver for these companies under contract with the United States Department of Homeland Security.

3. Defendants ASR and CSSI were the joint employers of Ms. Clark, having the same HR, the same managers, owners, dispatchers, payroll and other joint

**EXHIBIT B**

operations conducting the same business.

4. Defendant ASR is New York Corporations; CSSI appears to be incorporated but the state of incorporation is unknown at this time.

5. On information and belief, the only difference between ASR and CSSI is that CSSI is a female majority owned business in order to maximize its federal contracts.

6. Ms. Clark's duties included keeping semi-trailer trucks under surveillance for specified periods and on specified routes and keeping records of the surveillance as a measure of security when the trucks transported weapons or ammunition. Her title was Motor Freight Field Representative.

7. Ms. Clark was very good at her job and was routinely described as one of the best record keepers. She was dependable and diligent.

8. Ms. Clark's duties required that she be present in Des Moines County, Iowa and other areas in the region.

9. Ms. Clark's duties in Des Moines County involved shipments into and out of the Iowa Army Ammunition Plant near Burlington, Iowa.

10. For much of her employment, Ms. Clark was teamed with her then husband, John Dennis, who was also an employee of defendants.

11. In 2010 Ms. Clark and her then husband obtained a dissolution of marriage.

12. From 2010 through September 2014 Ms. Clark had numerous conversations with defendants' representatives in which she expressed her desire to continue with her

**EXHIBIT B**

job and to be scheduled regularly on surveillance trips.

13. Intermittently between the divorce and the Spring of 2014, Ms. Clark was assigned to and worked with her former husband on a surveillance team.

14. In March 2014, Mr. Dennis was violent and abusive toward Ms. Clark while the two were on a surveillance mission and they were both on the clock.

15. Ms. Clark reported the bad acts of Mr. Dennis and her fears to her manager, Jim Kunkel and asked to be assigned a new partner.

16. Mr. Kunkel indicated that he would find her a new partner and continue to assign her work because of the quality of her performance.

17. Defendants, however, did not find Ms. Clark a new partner and reduced her assignments, which resulted in a major decrease in her pay.

18. Ms. Clark was assigned a surveillance route that she performed September 24-26, 2014 in Des Moines County, Iowa.

19. After Ms. Clark completed her trip on September 26, 2015, defendants laid her off, claiming the layoff was for lack of work.

20. In actuality, defendants continued to have many work assignments available.

21. Defendants continued to employ Mr. Dennis and other male field representatives.

22. Defendants' termination of Ms. Clark's employment and reduction of assignments were based on her gender in violation of Title VII of the 1964 Civil Rights Act, 42 USC 2000e et seq.

23. Defendants' termination of Ms. Clark's employment and reduction of assignments

**EXHIBIT B**

were also based on retaliation for her complaint about the violent behavior of her former husband in violation of Title VII of the 1964 Civil Rights Act, 42 USC 2000e et seq.

24. But for the discriminatory and retaliatory actions of defendants, Ms. Clark would have continued to be employed with duties in Des Moines County and elsewhere in Iowa.

25. Defendants' actions were in reckless disregard of Ms. Clark's federally protected right to be free of discrimination.

26. Defendants' actions were also in violation of its responsibilities and obligations as a federal contractor.

27. Ms. Clark has filed a charge of discrimination/retaliation and otherwise exhausted the administrative requirements necessary to bring this lawsuit.

28. As a result of the defendants' discrimination and retaliation, Ms. Clark has suffered damages including lost wages and benefits, attorney fees, mental anguish and other losses.

29. Ms. Clark demands a trial by jury.

WHEREFORE, Plaintiff prays this Court for its order entering judgment against defendants for the relief outlined above, for restatement, for punitive damages, for an order declaring these companies have engaged in sex discrimination and retaliation in violation of their contracts with the federal government and federal regulations and for such other relief as is just.

**EXHIBIT B**

Respectfully submitted,

*/S/ Dorothy A. O'Brien*
Dorothy A. O'Brien #ATT0005877
ATTORNEY AND COUNSELOR AT LAW, PLC
2322 E. Kimberly Road, Suite 100E
Davenport, IA 53807
563-355-6060 Telephone
563-355-6666 Facsimile
dao@emprights.com  Email

ATTORNEY FOR PLAINTIFF
SHERYL DENNIS CLARK

**EXHIBIT B**